AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Moises De Leon                                    **JUDGMENT IN A CIVIL CASE**

                    v.                            Case Number: 05 C 0490

Morton College, et al

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been
        tried and the jury rendered its verdict.

☐      Decision by Court.  This action came to trial or hearing before the Court.  The issues
        have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without costs to
either party, all costs having been paid and all matters in controversy for which said action
was brought having been fully settled, compromised and adjourned.

Michael W. Dobbins, Clerk of Court

Date: 5/15/2006                              /s/ Gladys Lugo, Deputy Clerk